The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KAYLA VIGIL,<br><br>　　　　　Defendant. | No.  CR23-025 TL<br><br>[~~PROPOSED~~] ORDER SEALING PSYCHOLOGICAL REPORT AND PERMITTING THE DEFENDANT TO FILE A REDACTED SENTENCING MEMORANDUM |

Having read the defendant's amended motion to seal Holly Salisbury, Psy.D's psychological report and file her sentencing memorandum with redactions limited to the highly personal psychological assessment information and certain sexual and domestic violence details;

It is hereby ORDERED:

(1) Pursuant to CrR 49.1(d)(6), Holly Salisbury, Psy,D's Psychological Report shall remain sealed.

(2) The defendant is permitted to file her sentencing memorandum with redactions as proposed, with an un-redacted copy being provided to chambers.  Allowing the defendant to redact highly personal psychological, sexual and domestic violence

assault information serves a compelling interest and is the least restrictive alternative to sealing.

DATED this 6th day of August, 2024.

_____
HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE